*Lawrence B. McKelvey, Brenton T. Taylor* and *James J. McNaughton* for appellant.

*Charles L. Hoey, Walter P. Butler* and *Clarence B. Kilmer* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

STATEN ISLAND LODGE, No. 841, BENEVOLENT PROTECTIVE ORDER OF ELKS, Respondent, *v.* STATEN ISLAND SAVINGS BANK, Appellant.

(Submitted October 25, 1928; decided November 27, 1928.)

*Albert C. Fach* for appellant.

*Elias Bernstein* and *William A. Smith* for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

CARMELA CASCONI, as Administratrix of the Estate of LUCCA CASCONI, Deceased, Respondent, *v.* CARMELO PELLEGRINO, Doing Business under the Firm Name of A. PELLEGRINO & SON, Appellant.

(Argued October 25, 1928; decided November 27, 1928.)